UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVAUGHN K. ROBINSON, | No. 2:23-cv-2284 AC P |
| Plaintiff, | |
| v. | ORDER |
| ALEXANDER ACUNA, | |
| Defendant. | |

Plaintiff is a state prisoner proceeding without counsel on this civil rights action filed pursuant to 42 U.S.C. § 1983. By order filed December 9, 2024, this case was referred to the court's Post-Screening Alternative Dispute Resolution ("ADR") Project and stayed for a period of 120 days. ECF No. 14. That order provided defendants the opportunity to request opting out of the ADR Project based on a good faith belief that a settlement conference would be a waste of resources. Id. at 2. Defendants now request to opt out of the Post-Screening ADR Project, that the stay in this case be lifted, and that the court "set a deadline to file a responsive pleading at least thirty days after the court issues a decision on this request." ECF No. 15 at 1. Having reviewed the request, the court finds good cause to grant it.

IT IS HEREBY ORDERED that:

1. Defendants' request to opt out of the Post-Screening ADR Project, ECF No. 15, is GRANTED.

1

1     2.  The ADR stay of this action, commencing December 9, 2024, ECF No. 14, is
2  LIFTED.
3     3.  Within thirty days of the filing of this order, defendants shall file a response to the
4  complaint.
5  DATED: January 24, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE