UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVAUGHN K. ROBINSON, | No.  2:23-cv-2284 AC P |
| Plaintiff, | |
| v. | ORDER |
| ALEXANDER ACUNA, | |
| Defendant. | |

Pursuant to the parties' Stipulation for Voluntary Dismissal with Prejudice, ECF No. 17, and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is hereby dismissed with prejudice.  Each party shall bear its own attorneys' fees and costs.  All dates pending before the undersigned are vacated, and the Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

DATED: February 18, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1